**Opinion issued June 25, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00413-CV

————————————

## IN RE RAYMOND SCOTT PRIMEAUX, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Raymond Scott Primeaux filed a petition for writ of mandamus seeking relief from the trial court's orders in the underlying divorce proceeding, which require him to pay temporary spousal support and interim attorney's fees to

his wife.[1]  We deny the petition for writ of mandamus.  We dismiss Primeaux's motion for temporary relief as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.

---

[1] The underlying suit is *Karen Lynn Lewis v. Raymond Scott Primeaux.*, No. 2013-18708, in the 308th District Court of Harris County, Texas.  The respondent is the Honorable James Lombardino.